B6A (Official Form 6A) (12/07)

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                   Case No. **1:14-bk-11757**
_____
Debtor(s)                                                                                             (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **2075 Plainfield Pike, Johnston, RI 02919**<br>**Previous office location**<br>**Tax assessed value** | | H | 163,200.00 | 253,860.00 |
| **Residence at:**<br>**  94 Taylor Dr**<br>**  North Smithfield, RI  02896-9326**<br>**Tax assessed value**<br>**Mortgage in Mrs. Lantini's name only, for credit reasons.** | **Tenancy by the Entirety** | J | 361,200.00 | 440,191.96 |
| | | **TOTAL** | 524,400.00 | |

(Report also on Summary of Schedules)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                           Case No. **1:14-bk-11757**
_____
Debtor(s)                                         (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | **Cash** | J | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account - Citizens Bank #0917 Overdrawn** | W | 0.00 |
| | | **Checking account - Washington Trust #3070 Balance as of 07/06/2014** | H | 153.18 |
| | | **Savings account - Citizens Bank Overdrawn account** | W | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods** | J | 3,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc** | J | 500.00 |
| 6.  Wearing apparel. | | **Wearing apparel** | J | 500.00 |
| 7.  Furs and jewelry. | | **Jewelry: Ring, necklaces, misc.** | W | 10,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | **Misc** | J | 200.00 |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term only-no cash value** | | 0.00 |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Roth IRA** | H | 15,525.98 |
| | | **Roth IRA** | W | 4,500.00 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

**IN RE** Lantini, Gilbert II & Lantini, Michelle L                Case No. **1:14-bk-11757**
_____                      _____
Debtor(s)                                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | **50% shareholder RI Small Business Journal, LLC. (Publishing company)** **Assets consist of small amount of office equipment and receivables of $16,246.50.** | H | 8,123.10 |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2013 Federal tax refund (estimate based on previous year.) - Expected to be set off against tax liability.** **2013 State tax refund (estimate based on previous year.)** | J J | 5,500.00 600.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Automobile- 2008 Acura MDX** **Loan balance $5,661.00** **Automobile- 2009 Subaru Forrester** **Loan balance $2,115.00** | H W | 12,193.00 6,586.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____                              _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **67,901.26** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/13)

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
<div style="text-align:center">Debtor(s)                                                                                                        (If known)</div>

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:                    ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **Residence at:** <br> **94 Taylor Dr** <br> **North Smithfield, RI  02896-9326** <br> **Tax assessed value** <br> **Mortgage in Mrs. Lantini's name only, for credit reasons.** | **11 USC § 522(d)(1)** | 1.00 | 361,200.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Cash** | **11 USC § 522(d)(5)** | 20.00 | 20.00 |
| **Checking account - Washington Trust #3070** <br> **Balance as of 07/06/2014** | **11 USC § 522(d)(5)** | 153.18 | 153.18 |
| **Household goods** | **11 USC § 522(d)(3)** | 3,500.00 | 3,500.00 |
| **Misc** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Wearing apparel** | **11 USC § 522(d)(3)** | 500.00 | 500.00 |
| **Jewelry: Ring, necklaces, misc.** | **11 USC § 522(d)(4)** <br> **11 USC § 522(d)(5)** | 1,550.00 <br> 8,450.00 | 10,000.00 |
| **Misc** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Roth IRA** | **11 USC § 522(d)(12)** | 100% of FMV | 15,525.98 |
| **Roth IRA** | **11 USC § 522(d)(12)** | 100% of FMV | 4,500.00 |
| **50% shareholder RI Small Business Journal, LLC. (Publishing company)** <br> **Assets consist of small amount of office equipment and receivables of $16,246.50.** | **11 USC § 522(d)(5)** <br> **11 USC § 522(d)(6)** | 5,823.10 <br> 2,300.00 | 8,123.10 |
| **Automobile- 2008 Acura MDX** <br> **Loan balance $5,661.00** | **11 USC § 522(d)(2)** <br> **11 USC § 522(d)(5)** | 3,675.00 <br> 2,857.00 | 12,193.00 |
| **Automobile- 2009 Subaru Forrester** <br> **Loan balance $2,115.00** | **11 USC § 522(d)(2)** <br> **11 USC § 522(d)(5)** | 3,675.00 <br> 796.00 | 6,586.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE Lantini, Gilbert  II & Lantini, Michelle L     Case No. **1:14-bk-11757**
Debtor(s)                                            (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8214** <br> **Bank Of America** <br> PO Box 982235 <br> El Paso, TX  79998-2235 | | H | **Revolving account opened 2/1999** <br> **Providence County Superior Court** <br> **C.A. No.: PC-11-1241** <br><br> VALUE $ **361,200.00** | | | | 10,676.29 | 10,676.29 |
| ACCOUNT NO. **9427** <br> **Bank Of America** <br> PO Box 982236 <br> El Paso, TX  79998-2236 | | H | **Installment account opened 9/2008** <br> **2008 Acura MDX** <br><br> VALUE $ **12,193.00** | | | | 5,661.00 | |
| ACCOUNT NO. **2100** <br> **Chase Auto** <br> **Attn:National Bankruptcy Dept** <br> PO Box 29505 <br> **Phoenix, AZ  85038-9505** | | W | **Installment account opened 11/2008** <br> **2009 Subaru Forrester** <br><br> VALUE $ **6,586.00** | | | | 2,115.00 | |
| ACCOUNT NO. **3503** <br> **City Ntl Bk/ocwen Loan Service** <br> **Attn: Bankruptcy** <br> PO Box 24738 <br> **West Palm Beach, FL  33416-4738** | | H | **2nd Mortgage account opened 8/2005** <br> **2075 Plainfield Pike, Johnston, RI** <br><br> VALUE $ **163,200.00** | | | | 60,594.00 | 60,594.00 |

    **1** continuation sheets attached

Subtotal (Total of this page) $ **79,046.29**    $ **71,270.29**

Total (Use only on last page) $     $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE Lantini, Gilbert  II & Lantini, Michelle L                              Case No. 1:14-bk-11757
_____                    _____
                         Debtor(s)                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2661<br><br>**City Ntl Bk/ocwen Loan Service**<br>**Attn: Bankruptcy**<br>**PO Box 24738**<br>**West Palm Beach, FL  33416-4738** | | H | 1st Mortgage account opened 8/2005<br>2075 Plainfield Pike, Johnston, RI<br><br><br>VALUE $ 163,200.00 | | | | 193,266.00 | 30,066.00 |
| ACCOUNT NO. 7298<br><br>**Green Tree Servicing L**<br>**332 Minnesota St Ste E610**<br>**Saint Paul, MN  55101-1311** | | W | 1st Mortgage account opened 9/2007<br>94 Taylor Dr, North Smithfield, RI<br><br><br>VALUE $ 361,200.00 | | | | 428,399.67 | 67,199.67 |
| ACCOUNT NO.<br><br>**INTERNAL REVENUE SERVICE**<br>**CENTRALIZED INSOLVENCY OPERATIONS**<br>**PO BOX 7346**<br>**PHILADELPHIA, PA  19101-7346** | | | 2008 & 2009 income tax<br>(Estimated - Expected to be set off against approximately $6,900 in refunds for 2013 and may be reduced by business losses in 2010.  Debtors anticipate net tax to be approximately $35,000 after losses are applied.)<br><br>VALUE $ 6,100.00 | | | | 50,000.00 | 43,900.00 |
| ACCOUNT NO.<br><br>**Petro Holdings Inc.**<br>**550 Fish Rd**<br>**Tiverton, RI  02878-3762** | | H | Sixth Division District Court<br>C.A. No.: 6CA-2011-03215<br><br><br>VALUE $ 361,200.00 | | | | 1,116.00 | 1,116.00 |
| ACCOUNT NO.<br><br>**John A. DeSano, Esquire**<br>**Law Office Of John A. DeSano, Jr., P.C.**<br>**PO Box 422**<br>**Warren, RI  02885-0422** | | | Assignee or other notification for:<br>Petro Holdings Inc.<br><br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br><br> | | | <br><br><br>VALUE $ | | | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Sheet no. _____1_____ of _____1_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ 672,781.67 | $ 142,281.67 |
|---|---|---|---|
|  | Total (Use only on last page) | $ 751,827.96 | $ 213,551.96 |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____                                    _____
Debtor(s)                                                                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____                        _____
                          Debtor(s)                                                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **RI Division Of Taxation** <br> **1 Capitol HI** <br> **Providence, RI  02908-5816** | | J | Income tax - Debtor believes to be paid. | | | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) $ | $ | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | $ | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Lantini, Gilbert II & Lantini, Michelle L**                    Case No. **1:14-bk-11757**
_____
Debtor(s)                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0140**<br><br>**Alliance ENT<br>845 N Main St Ste 1<br>Providence, RI  02904-5700** | | H | **Medical bill** | | | | **20.00** |
| ACCOUNT NO. **6053**<br><br>**American Express<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA  19355-1245** | | H | **Open account opened 4/2005<br>Personal guaranty of business obligation.** | | | | **41,096.00** |
| ACCOUNT NO. **1001**<br><br>**Banfield Pet Hospital<br>8000 NE Tillamook<br>PO Box 13998<br>Portland, OR  97213-0998** | | W | **Open account opened 10/2010** | | | | **93.00** |
| ACCOUNT NO.<br><br>**I C System Inc<br>444 Highway 96 E<br>Saint Paul, MN  55127-2557** | | | **Assignee or other notification for:<br>Banfield Pet Hospital** | | | | |

_____**11**_____ continuation sheets attached

Subtotal (Total of this page)    $    **41,209.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**            Case No. **1:14-bk-11757**
_____Debtor(s)_____                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7387**<br>**Bank Of America**<br>**PO Box 982235**<br>**El Paso, TX  79998-2235** | | W | **Revolving account opened 11/1996**<br>**Personal guaranty of business obligation.**<br>**Providence County Superior Court**<br>**C.A. No.: PC-11-4039** | | | | **10,190.00** |
| ACCOUNT NO.<br>**Robert E Johnson, Esquire**<br>**Law Office Of Howard E. Schiff**<br>**10 Dorrance St Ste 515**<br>**Providence, RI  02903-2018** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO. **2696**<br>**Bank Of America**<br>**PO Box 982236**<br>**El Paso, TX  79998-2236** | X | H | **Personal guaranty of Focus Business Solutions Inc.** | | | | **40,090.93** |
| ACCOUNT NO.<br>**Diversified Collection Services, Inc.**<br>**PO Box 9046**<br>**Pleasanton, CA  94566-9046** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**US Small Business Administration**<br>**409 3rd St SW**<br>**Washington, DC  20024-3212** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO.<br>**U.S. Department Of The Treasury**<br>**Debt Management Services**<br>**PO Box 830794**<br>**Birmingham, AL  35283-0794** | | | **Assignee or other notification for:**<br>**Bank Of America** | | | | |
| ACCOUNT NO. **6215**<br>**Bank Of America  N.a.**<br>**4340 S Monaco St Unit 2**<br>**Denver, CO  80237-3408** | | H | **Open account opened 9/2010**<br>**Personal guaranty of business obligation.** | | | | **26,063.00** |

Sheet no. **1** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **76,343.93**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                     Case No. **1:14-bk-11757**
_____
Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Cach, Llc**<br>4340 S Monaco St 2nd Fl<br>Denver, CO  80237-3485 | | | Assignee or other notification for:<br>**Bank Of America  N.a.** | | | | |
| ACCOUNT NO. **4434**<br>**Bank RI**<br>PO Box 9488<br>Providence, RI  02940-9488 | X | H | Possible personal guaranty of Focus Business Solutions Inc.<br>Overdraft | | | | 1,500.00 |
| ACCOUNT NO. **4495**<br>**Beth Israel Deaconess Medical Center**<br>PO Box 3784<br>Boston, MA  02241-3784 | | W | Medical bill | | | | 1,572.33 |
| ACCOUNT NO. **9109**<br>**BFS-Finance, F/K/A Google**<br>C/O Receivable Management Services<br>PO Box 523<br>Richfield, OH  44286-0523 | X | H | Possible personal guaranty of Focus Business Solutions Inc. | | | | 17,796.72 |
| ACCOUNT NO. **3788**<br>**Bill Me Later**<br>PO Box 105658<br>Atlanta, GA  30348-5658 | | H | | | | | 33.95 |
| ACCOUNT NO.<br>**Brock Associates**<br>615 Jefferson Blvd Ste A102<br>Warwick, RI  02886-1357 | X | H | Personal guaranty of Focus Business Solutions, Inc. | | | | 1,749.06 |
| ACCOUNT NO.<br>**Craig J. Watkinson, Esquire**<br>376 Broadway<br>Providence, RI  02909-1416 | | | Assignee or other notification for:<br>**Brock Associates** | | | | |

Sheet no. _____**2**___ of ____**11**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ | **22,652.06**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                    Case No. **1:14-bk-11757**
_____
Debtor(s)                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1964** <br><br>**Capital 1 Bank** <br>**Attn: Bankruptcy Dept.** <br>**PO Box 30285** <br>**Salt Lake City, UT  84130-0285** | X | H | **Revolving account opened 7/2006** <br>**Possible personal guaranty of Focus Business Solutions Inc.** | | | | **19,806.00** |
| ACCOUNT NO. <br><br>**Associated Recovery Systems** <br>**A Division Of ARS National Services, Inc** <br>**PO Box 469046** <br>**Escondido, CA  92046-9046** | | | **Assignee or other notification for:** <br>**Capital 1 Bank** | | | | |
| ACCOUNT NO. **3914** <br><br>**Capital One** <br>**PO Box 27288** <br>**Tempe, AZ  85285-7288** | | H | **Open account opened 6/2013** | | | | **3,429.00** |
| ACCOUNT NO. <br><br>**Cavalry Portfolio Serv** <br>**500 Summit Lake Dr Ste 400** <br>**Valhalla, NY  10595-2321** | | | **Assignee or other notification for:** <br>**Capital One** | | | | |
| ACCOUNT NO. <br><br>**FIGLIOLA & ROMANO** <br>**282 County Rd Ste 3** <br>**Barrington, RI  02806-2432** | | | **Assignee or other notification for:** <br>**Capital One** | | | | |
| ACCOUNT NO. **G998** <br><br>**CareCentrix** <br>**PO Box 277947** <br>**Atlanta, GA  30384-7947** | | W | **Medical bill** | | | | **497.72** |
| ACCOUNT NO. **81TN** <br><br>**Cataldo Ambulance Service** <br>**137 Washington St** <br>**PO Box 435** <br>**Somerville, MA  02143-0006** | | W | **Medical bill** | | | | **84.00** |

Sheet no. ___**3**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **23,816.72**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6F (Official Form 6F) (12/07) - Cont.**

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                  Case No. **1:14-bk-11757**
_____Debtor(s)_____                                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0301** <br> **Central Paper Co** <br> **400 Glenwood Ave** <br> **Pawtucket, RI  02860-5910** | X | H | **Personal guaranty of Focus Business Solutions** | | | | **406.83** |
| ACCOUNT NO. <br> **Williams, Babbit & Weisman, Inc.** <br> **5255 N Federal Hwy 3rd Fl** <br> **Boca Raton, FL  33487-4901** | | | **Assignee or other notification for: Central Paper Co** | | | | |
| ACCOUNT NO. **1521** <br> **Chase Bank Usa, Na** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | H | **Revolving account opened 10/2008** | | | | **5,409.00** |
| ACCOUNT NO. <br> **Citibank SD, N.A.** <br> **Attn: Centralized Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO  64195-0507** | | W | **Open account opened 8/2013** | | | | **3,218.00** |
| ACCOUNT NO. <br> **Midland Funding** <br> **8875 Aero Dr Ste 200** <br> **San Diego, CA  92123-2255** | | | **Assignee or other notification for: Citibank SD, N.A.** | | | | |
| ACCOUNT NO. **3341** <br> **Citibank SD, N.A.** <br> **Attn: Centralized Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO  64195-0507** | | H | | | | | **27,225.90** |
| ACCOUNT NO. <br> **United Recovery Systems, LP** <br> **5800 N Course Dr** <br> **Houston, TX  77072-1613** | | | **Assignee or other notification for: Citibank SD, N.A.** | | | | |

Sheet no. __**4**__ of __**11**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **36,259.73**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5881** <br> **Citibank SD, N.A.** <br> **Attn: Centralized Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO  64195-0507** | | W | **Home Depot account** | | | | 2,174.82 |
| ACCOUNT NO. **7099** <br> **Citibank SD, N.A.** <br> **Attn: Centralized Bankruptcy** <br> **PO Box 20507** <br> **Kansas City, MO  64195-0507** | | H | **Deficiency balance after foreclosure.** <br> **79 Washington St, Providence, RI** | | | | 31,246.00 |
| ACCOUNT NO. **5643** <br> **Citibank Usa** <br> **Citicorp Credit Services/Attn:Centralize** <br> **PO Box 20507** <br> **Kansas City, MO  64195-0507** | | H | **Revolving account opened 5/2008** | | | | 353.00 |
| ACCOUNT NO. **0917** <br> **Citizens Bank** <br> **1 Citizens Dr** <br> **Riverside, RI  02915-3019** | | W | **Revolving account opened 2/2007** | | | | 1,824.00 |
| ACCOUNT NO. **6172** <br> **Citizens Bank** <br> **1 Citizens Dr** <br> **Riverside, RI  02915-3019** | X | H | **Possible personal guaranty of Focus Business Solutions Inc.** <br> **Overdraft** | | | | 12.99 |
| ACCOUNT NO. **5255** <br> **Citizens Bank** <br> **1 Citizens Dr** <br> **Riverside, RI  02915-3019** | | H | **Possible personal guaranty of Focus Business Solutions Inc.** | | | | 2,106.29 |
| ACCOUNT NO. <br> **Richard J. Boudreau & Associates LLC** <br> **6 Manor Pkwy** <br> **Salem, NH  03079-2841** | | | **Assignee or other notification for:** <br> **Citizens Bank** | | | | |

Sheet no. **5** of **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **37,717.10**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                    Case No. **1:14-bk-11757**
_____
Debtor(s)                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8998**<br>**Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019** | | H | **Overdraft** | | | | **4.34** |
| ACCOUNT NO.<br>**Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019** | | W | **Overdraft (Estimated)** | | | | **2,000.00** |
| ACCOUNT NO. **2383**<br>**City Ntl Bk/ocwen Loan Service**<br>**Attn: Bankruptcy**<br>**PO Box 24738**<br>**West Palm Beach, FL  33416-4738** | | W | **2d Mortgage account opened 12/2004**<br>**Deficiency balance after foreclosure.**<br>**15 Higgins St Unit 215, Smithfield, RI** | | | | **38,412.00** |
| ACCOUNT NO. **8098**<br>**Consumers Propane & Bousquet Oil**<br>**139 Hamlet Ave**<br>**PO Box 628**<br>**Woonsocket, RI  02895-0628** | | H | | | | | **58.85** |
| ACCOUNT NO. **3902**<br>**Cox Communications**<br>**Bankruptcy Department**<br>**9 Jp Murphy Hwy**<br>**West Warwick, RI  02893** | | H | | | | | **364.34** |
| ACCOUNT NO. **2901**<br>**Cox Communications**<br>**Bankruptcy Department**<br>**9 Jp Murphy Hwy**<br>**West Warwick, RI  02893** | | H | **Possible personal guaranty of Focus Business Solutions Inc.** | | | | **unknown** |
| ACCOUNT NO. **4625**<br>**Financial Credit Services**<br>**PO Box 90**<br>**Clearwater, FL  33757-0090** | | W | | | | | **216.03** |

Sheet no. _____**6**_____ of _____**11**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **41,055.56**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                              Case No. **1:14-bk-11757**
_____                                         _____
Debtor(s)                                                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8043**<br>**Flagstar Bank**<br>**Attn: Bankruptcy Dept**<br>**5151 Corporate Dr**<br>**Troy, MI  48098-2639** | | W | Installment account opened 6/2006<br>Deficiency balance after foreclosure.<br>79 Washington St, Providence, RI | | | | 30,456.00 |
| ACCOUNT NO.<br>**General Electric Capital Corporation**<br>**C/O TBF Financial, LLC**<br>**740 Waukegan Rd Ste 404**<br>**Deerfield, IL  60015-5505** | X | J | Possible personal guaranty of Focus Business Solutions, Inc.<br>Providence County Superior Court<br>C.A. No.: PC 11-3221 | | | | 27,685.00 |
| ACCOUNT NO. **1483**<br>**Homeward Residential**<br>**1525 S Belt Line Rd**<br>**Coppell, TX  75019-4913** | | W | Deficiency balance after foreclosure unknown.<br>1st Mortgage 15 Higgins St Unit 215, Smithfield, RI | | | X | 160,000.00 |
| ACCOUNT NO. **5003**<br>**Joslin Clinic**<br>**PO Box 414633**<br>**Boston, MA  02241-4633** | | W | Medical bill | | | | 105.00 |
| ACCOUNT NO. **2013**<br>**Kent County Memorial Hospital**<br>**455 Toll Gate Rd**<br>**Warwick, RI  02886-2759** | | H | Medical bill | | | | 230.41 |
| ACCOUNT NO.<br>**Rossi Law Offices, Ltd**<br>**28 Thurber Blvd Ste 1**<br>**Smithfield, RI  02917-1858** | | | Assignee or other notification for:<br>Kent County Memorial Hospital | | | | |
| ACCOUNT NO. **1412**<br>**Lincoln Urgent Care Center, Inc.**<br>**2 Wake Robin Rd Unit 106**<br>**Lincoln, RI  02865-4241** | | H | Medical bill | | | | 175.00 |

Sheet no. ____**7**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal                  $ **218,651.41**
(Total of this page)

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____
               Debtor(s)                                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Peter Roberts & Associates, Inc** <br> **231 E Main St Ste 201** <br> **Milford, MA  01757-2821** | | | Assignee or other notification for: <br> **Lincoln Urgent Care Center, Inc.** | | | | |
| ACCOUNT NO. **1087** <br> **Milford Regional Medical Center** <br> **PO Box 190** <br> **Milford, MA  01757-0190** | | W | Medical bill | | | | **65.31** |
| ACCOUNT NO. **6294** <br> **Miriam Hospital** <br> **164 Summit Ave** <br> **Providence, RI  02906-2853** | | H | Medical bill | | | | **75.30** |
| ACCOUNT NO. **0000** <br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA  01532-0960** | | H | Open account opened 11/2013 <br> Gas bill | | | | **967.31** |
| ACCOUNT NO. <br> **Eos Cca** <br> **300 Canal View Blvd Ste 130** <br> **Rochester, NY  14623-2811** | | | Assignee or other notification for: <br> **National Grid** | | | | |
| ACCOUNT NO. **8006** <br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA  01532-0960** | | H | Electric bill | | | | **297.73** |
| ACCOUNT NO. **1010** <br> **National Grid** <br> **PO Box 960** <br> **Northborough, MA  01532-0960** | | W | | | | | **2,734.93** |

Sheet no. _____**8** of ____**11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,140.58**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert II & Lantini, Michelle L**                                    Case No. **1:14-bk-11757**
_____Debtor(s)_____                                                              _____(If known)_____

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **4266**<br>**Nationstar Mortgage**<br>**PO Box 199111**<br>**Dallas, TX  75235** | | W | **Installment account opened 6/2006**<br>**Foreclosure deficiency balance**<br>**79 Washington St, Providence, RI** | | | | **120,667.00** |
| ACCOUNT NO. **0049**<br>**Nissn Inf Lt**<br>**Attn: Bankruptcy**<br>**8900 Freeport Pkwy**<br>**Irving, TX  75063-2438** | | W | **Installment account opened 8/2005** | | | | **1,619.00** |
| ACCOUNT NO. **4866**<br>**Nissn Inf Lt**<br>**Attn: Bankruptcy**<br>**8900 Freeport Pkwy**<br>**Irving, TX  75063-2438** | | H | **Installment account opened 10/2005** | | | | **2,097.00** |
| ACCOUNT NO. **7212**<br>**Northside Medical Center**<br>**C/O West Asset Management, Inc.**<br>**2703 N US Highway 75**<br>**Sherman, TX  75090-2567** | | W | **Medical bill** | | | | **100.00** |
| ACCOUNT NO. **1761**<br>**Providence Water**<br>**PO Box 1456**<br>**Providence, RI  02901-1456** | | H | | | | | **422.03** |
| ACCOUNT NO. **7813**<br>**Quest Diagnostics**<br>**PO Box 71309**<br>**Philadelphia, PA  19176-1309** | | W | **Medical bill** | | | | **184.00** |
| ACCOUNT NO. **4811**<br>**RI Higher Education Assistance Authority**<br>**560 Jefferson Blvd**<br>**Warwick, RI  02886-1394** | | H | **Student loan** | | | | **6,989.00** |

Sheet no. _____ **9** of _____ **11** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **132,078.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Lantini, Gilbert  II & Lantini, Michelle L                      Case No. **1:14-bk-11757**
_____
Debtor(s)                                                                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Sallie Mae** <br> **PO Box 9500** <br> **Wilkes Barre, PA  18773-9500** | | | **Assignee or other notification for:** <br> **RI Higher Education Assistance Authority** | | | | |
| ACCOUNT NO. <br> **NCO Financial Systems, Inc.** <br> **Suite 204** <br> **10 New England Business Center Dr** <br> **Andover, MA  01810-1096** | | | **Assignee or other notification for:** <br> **RI Higher Education Assistance Authority** | | | | |
| ACCOUNT NO. **8223** <br> **Robert Half International** <br> **275 Promenade St Ste 140** <br> **Providence, RI  02908-5755** | X | H | **Personal guaranty of Focus Business Solutions.** | | | | 6,250.48 |
| ACCOUNT NO. <br> **Jonathan Neil & Associates, Inc.** <br> **71 W Main St Ste 304** <br> **Freehold, NJ  07728-2139** | | | **Assignee or other notification for:** <br> **Robert Half International** | | | | |
| ACCOUNT NO. **0505** <br> **Saxon Mortgage Servi** <br> **4718 Mercantile Dr** <br> **Fort Worth, TX  76137-3605** | | H | **1st Mortgage account opened 7/2006** <br> **Deficiency balance after foreclosure.** <br> **79 Washington St Unit 201, Providence, RI** | | | | 132,757.00 |
| ACCOUNT NO. **4000** <br> **Sinel, Wilfand & Vinci, CPAs, Inc.** <br> **1150 New London Ave** <br> **Cranston, RI  02920-3036** | X | H | **Possible personal guaranty of Focus Business Solutions Inc.** | | | | 14,092.50 |
| ACCOUNT NO. **3544** <br> **SLR Diagnostic Radiology** <br> **PO Box 10269** <br> **Uniondale, NY  11555-0269** | | W | **Medical bill** | | | | 5.77 |

Sheet no. ___**10**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **153,105.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Lantini, Gilbert II & Lantini, Michelle L**                                      Case No. **1:14-bk-11757**
_____Debtor(s)_____                                                    _____(If known)_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2085** <br> **TD Bank** <br> **PO Box 9547** <br> **Portland, ME  04112-9547** | X | W | **Personal guaranty of Catalyst Consulting LLC. Overdraft.** | | | | 2,500.00 |
| ACCOUNT NO. **6305** <br> **Verizon** <br> **PO Box 15124** <br> **Albany, NY  12212-5124** | | H | | | | | 212.76 |
| ACCOUNT NO. **8207** <br> **Warwick Family Dental Group Two Inc** <br> **819 Greenwich Ave** <br> **Warwick, RI  02886-1815** | | W | **Medical bill** | | | | 65.00 |
| ACCOUNT NO. **5001** <br> **Wells Fargo Financial Leasing, Inc.** <br> **MAC F4031-050** <br> **800 Walnut St** <br> **Des Moines, IA  50309-3605** | | H | **Personal guaranty of Focus Business Solutions Inc.** <br> **Copier lease.** <br> **Disputed** | | | X | 0.00 |
| ACCOUNT NO. <br> **TBF Financial, LLC** <br> **740 Waukegan Rd** <br> **Deerfield, IL  60015-4374** | | | **Assignee or other notification for:** <br> **Wells Fargo Financial Leasing, Inc.** | | | | |
| ACCOUNT NO. **3874** <br> **Wells Fargo Financial Nat'l Bk/bobs Disc** <br> **PO Box 10438** <br> **Des Moines, IA  50306-0438** | | H | **Revolving account opened 6/2009** | | | | 624.00 |
| ACCOUNT NO. **7888** <br> **Xerox Corporation** <br> **PO Box 660501** <br> **Dallas, TX  75266-0501** | | H | **Personal guaranty of Focus Business Solutions Inc.** <br> **Repossessed copier** <br> **Estimated balance** | | | | 30,000.00 |

Sheet no. ___**11**___ of ___**11**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **33,401.76**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **820,431.63**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                                   Case No. **1:14-bk-11757**
_____                    _____
                        Debtor(s)                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

    Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>Lantini, Gilbert II & Lantini, Michelle L</u>                    Case No. **1:14-bk-11757**
<div style="text-align:center"><small>Debtor(s)</small></div>                                            <small>(If known)</small>

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Catalyst Consulting LLC**<br>**2075 Plainfield Pike**<br>**Johnston, RI  02919-5704**<br><br>**Focus Business Solutions**<br>**2075 Plainfield Pike**<br>**Johnston, RI  02919-5704** | **TD Bank**<br>**PO Box 9547**<br>**Portland, ME  04112-9547**<br><br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285**<br><br>**Robert Half International**<br>**275 Promenade St Ste 140**<br>**Providence, RI  02908-5755**<br><br>**Central Paper Co**<br>**400 Glenwood Ave**<br>**Pawtucket, RI  02860-5910**<br><br>**Brock Associates**<br>**615 Jefferson Blvd Ste A102**<br>**Warwick, RI  02886-1357**<br><br>**Bank RI**<br>**PO Box 9488**<br>**Providence, RI  02940-9488**<br><br>**Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019**<br><br>**BFS-Finance, F/K/A Google**<br>**C/O Receivable Management Services**<br>**PO Box 523**<br>**Richfield, OH  44286-0523**<br><br>**Sinel, Wilfand & Vinci, CPAs, Inc.**<br>**1150 New London Ave**<br>**Cranston, RI  02920-3036**<br><br>**Bank Of America**<br>**PO Box 982236**<br>**El Paso, TX  79998-2236**<br><br>**General Electric Capital Corporation**<br>**C/O TBF Financial, LLC**<br>**740 Waukegan Rd Ste 404**<br>**Deerfield, IL  60015-5505** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Gilbert  Lantini II** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Michelle L Lantini** | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Rhode Island

| | |
|---|---|
| Case number | **1:14-bk-11757** |
| (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income                                                    12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may Include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Self-Employed** | **Corporate Development Manager** |
| Employer's name | **Rhode Island Small Business Journ** | **American Diabetes Association** |
| Employer's address | **1343 Hartford Ave**<br>Number  Street | **10 Speen St**<br>Number  Street |
| | | |
| | **Johnston, RI  02919-0000**<br>City          State  ZIP Code | **Framingham, MA  01701-0000**<br>City          State  ZIP Code |
| How long employed there? | **3 years** | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $_____ | $ **4,750.74** |
| 3. **Estimate and list monthly overtime pay.** | 3. | + $_____ | + $_____ |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $_____ | $ **4,750.74** |

| Debtor 1 | **Gilbert  Lantini II** | | Case number *(if known)* 1:14-bk-11757 |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| Copy line 4 here | | 4. | $_____ | $   4,750.74 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $_____ | $   875.32 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $_____ | $_____ |
| 5c. | Voluntary contributions for retirement plans | 5c. | $_____ | $_____ |
| 5d. | Required repayments of retirement fund loans | 5d. | $_____ | $_____ |
| 5e. | Insurance | 5e. | $_____ | $   748.52 |
| 5f. | Domestic support obligations | 5f. | $_____ | $_____ |
| 5g. | Union dues | 5g. | $_____ | $_____ |
| 5h. | Other deductions. Specify:  See Schedule Attached | 5h. | + $_____ | + $   751.78 |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h. | 6. | $_____ | $   1,627.10 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $_____ | $   3,123.64 |

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $   0.00 | $   0.00 |
| 8b. | Interest and dividends | 8b. | $_____ | $_____ |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $_____ | $_____ |
| 8d. | Unemployment compensation | 8d. | $_____ | $_____ |
| 8e. | Social Security | 8e. | $_____ | $_____ |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $_____ | $_____ |
| 8g. | Pension or retirement income | 8g. | $_____ | $_____ |
| 8h. | Other monthly income. Specify:  See Schedule Attached | 8h. | + $   4,713.60 | + $_____ |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $   4,713.60 | $   0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $   4,713.60 + | $   3,123.64 = $   7,837.24 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____ 11. + $_____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies.   12. $   7,837.24

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.
☑ Yes. Explain:  See Continuation Sheet

**IN RE** <u>Lantini, Gilbert  II & Lantini, Michelle L</u>                                 Case No. <u>**1:14-bk-11757**</u>
<center>Debtor(s)</center>

<center>

### SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
**Continuation Sheet - Page 1 of 2**

</center>

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Dep Life** | | **3.26** |
| **Dental Insurance** | | **35.66** |
| **Health Savings Account** | | **75.00** |
| **Health Insurance** | | **637.86** |
| | | |
| Other monthly income: | | |
| **Avg Net Monthly Bus. Inc. Per 7 Month P/L** | **4,713.60** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lantini, Gilbert  II & Lantini, Michelle L**                              Case No. **1:14-bk-11757**

<div align="center">Debtor(s)</div>

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**Mr. Lantini serves as a commission-only salesman for the purchaser of his company's web hosting clients.  In 2014, he has made one commission of $6,100.  There are no other commissions presently pending.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1 __Gilbert  Lantini II__
First Name      Middle Name      Last Name

Debtor 2 __Michelle L Lantini__
(Spouse, if filing) First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of Rhode Island

Case number __1:14-bk-11757__
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
___ MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

☐ No. Go to line 2.
☑ Yes. **Does Debtor 2 live in a separate household?**

   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No
☑ Yes. Fill out this information for each dependent...................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Child__ | __3__ | ☐ No ☑ Yes |
| __Child__ | __5__ | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.   4. $ __2,265.87__

If not included in line 4:

4a. Real estate taxes   4a. $_____
4b. Property, homeowner's, or renter's insurance   4b. $_____
4c. Home maintenance, repair, and upkeep expenses   4c. $ __200.00__
4d. Homeowner's association or condominium dues   4d. $_____

Debtor 1    **Gilbert  Lantini II**       Case number *(if known)* **1:14-bk-11757**

First Name     Middle Name     Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.   $ _____

6. **Utilities:**

   6a.   Electricity, heat, natural gas    6a.   $ __**300.00**__

   6b.   Water, sewer, garbage collection    6b.   $ _____

   6c.   Telephone, cell phone, Internet, satellite, and cable services    6c.   $ __**290.00**__

   6d.   Other. Specify: _____    6d.   $ _____

7. **Food and housekeeping supplies**    7.   $ __**700.00**__

8. **Childcare and children's education costs**    8.   $ __**1,050.00**__

9. **Clothing, laundry, and dry cleaning**    9.   $ __**100.00**__

10. **Personal care products and services**    10.   $ _____

11. **Medical and dental expenses**    11.   $ __**110.00**__

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.   $ __**800.00**__

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.   $ __**100.00**__

14. **Charitable contributions and religious donations**    14.   $ _____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.   Life insurance    15a.   $ __**196.56**__

   15b.   Health insurance    15b.   $ _____

   15c.   Vehicle insurance    15c.   $ __**150.10**__

   15d.   Other insurance. Specify: _____    15d.   $ _____

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.   $ _____

17. **Installment or lease payments:**

   17a.   Car payments for Vehicle 1    17a.   $ __**626.97**__

   17b.   Car payments for Vehicle 2    17b.   $ __**378.00**__

   17c.   Other. Specify: _____    17c.   $ _____

   17d.   Other. Specify: _____    17d.   $ _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**    18.   $ _____

19. **Other payments you make to support others who do not live with you.**
Specify: _____    19.   $ _____

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.   Mortgages on other property    20a.   $ __**1,850.00**__

   20b.   Real estate taxes    20b.   $ _____

   20c.   Property, homeowner's, or renter's insurance    20c.   $ _____

   20d.   Maintenance, repair, and upkeep expenses    20d.   $ _____

   20e.   Homeowner's association or condominium dues    20e.   $ _____

Debtor 1 __**Gilbert  Lantini II**_____   Case number *(if known)* __**1:14-bk-11757**_____
First Name   Middle Name     Last Name

| | | |
|---|---|---|
| 21. **Other**. Specify: _____ | 21. | +$_____ |

22. **Your monthly expenses.** Add lines 4 through 21.
The result is your monthly expenses.

22.  $____**9,117.50**____

23. **Calculate your monthly net income.**

23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*   23a.  $____**7,837.24**____

23b.  Copy your monthly expenses from line 22 above.   23b.  −$____**9,117.50**____

23c.  Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*   23c.  $____**-1,280.26**____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.   **None**

B6 Summary (Official Form 6 - Summary) (12/13)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                          Case No. **1:14-bk-11757**

Lantini, Gilbert  II & Lantini, Michelle L                     Chapter **7**
_____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 524,400.00 | | |
| B - Personal Property | Yes | 3 | $ 67,901.26 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 751,827.96 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | $ 820,431.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 4 | | | $ 7,837.24 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 3 | | | $ 9,117.50 |
| TOTAL | | 30 | $ 592,301.26 | $ 1,572,259.59 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## District of Rhode Island

IN RE:                                                                          Case No. **1:14-bk-11757**

**Lantini, Gilbert  II & Lantini, Michelle L**                                  Chapter **7**
<div align="center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☑ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 12) | $ | **0.00** |
| Average Expenses (from Schedule J, Line 22) | $ | |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 – Declaration) (12/07)

**IN RE** <u>Lantini, Gilbert  II & Lantini, Michelle L</u>                                     Case No. <u>**1:14-bk-11757**</u>
                          Debtor(s)                                                                        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**32** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: <u>**August 25, 2014**</u>                    Signature: <u>*/s/ Gilbert  Lantini*</u>
                                                                  **Gilbert  Lantini**                                                    Debtor

Date: <u>**August 25, 2014**</u>                    Signature: <u>*/s/ Michelle L Lantini*</u>
                                                                  **Michelle L Lantini**                                       (Joint Debtor, if any)
                                                                                             [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                          _____
                                                          (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                  Case No. **1:14-bk-11757**

Lantini, Gilbert  II & Lantini, Michelle L                              Chapter **7**

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE

**57,836.97  2014 - Year to Date Gross Income (Includes a one-time consulting fee of $6,100.)**

**54,845.75  2013 - Gross Income**

**52,802.00  2012 - Adjusted Gross Income**

---

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT      SOURCE
**0.00  2014**

**6,100.00  2013 - Income Tax Refund ($5,500 Federal; $600 RI) (Expected)**

**6,869.00  2012 - Income Tax Refund ($5,958 Federal; $911 RI)**

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☐  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| WIPL | 06/30/2014 | 2,115.00 | 0.00 |

None ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑  c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Petro Holding Inc dba Petro Heat vs. Gilbert Lantini C.A. No.: 6CA-2011-03215** | **Collection** | **Sixth Division District Court, 1 Dorrance Plaza, Providence, RI** | **Judgment** |
| **FIA Card Services N.A. vs. Gilbert Lantini C.A. No.: PC-11-1241** | **Collection** | **Providence County Superior Court, 250 Benefit St, Providence, RI** | **Judgment** |
| **FIA Card Services, N.A. vs. Michelle L. Walker C.A. No.: PC-11-4039** | **Collection** | **Providence County Superior Court, 250 Benefit St, Providence, RI** | **Judgment** |
| **TBF Financial, LLC, Assignee of General Electric Capital Corporation vs. Focus Business Solutions, Inc. C.A. No.: PC 11-3221** | **Collection** | **Providence County Superior Court, 250 Benefit St, Providence, RI** | **Judgment** |

None ☑  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Raskin & Berman**<br>**116 E Manning St**<br>**Providence, RI  02906-4310** | **07/29/2014** | **2,900.00** |

## 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

## 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Bank RI**<br>**PO Box 9488**<br>**Providence, RI  02940-9488** | **Business checking account #4434** | **$0.00**<br>**November, 2013** |
| **TD Bank**<br>**PO Box 9547**<br>**Portland, ME  04112-9547** | **Business Convenience Plus account #2085** | **$0.00**<br>**January, 2014** |
| **Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019** | **Checking account #6172** | **$0.00**<br>**July, 2014** |
| **Citizens Bank**<br>**1 Citizens Dr**<br>**Riverside, RI  02915-3019** | **Checking account #8998** | **$0.00**<br>**2012** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rhode Island Small Business Journal, LLC** | **45-3201759** | **1343 Hartford Ave Johnston, RI 02919-7145** | **Business magazine** | **09/08/2011 to Present** |
| **dba Integrated Media Group dba IMG dba RISBJ** | | | | |
| **Gil Lantini is 50% shareholder with unrelated third party.** | | | | |
| **FBS, Inc.** | **20-5288940** | **Fka Focus Business Solutions, Inc. 2075 Plainfield Pike Johnston, RI 02919-5704** | **Business promotion and website services** | **07/25/2006 - 05/20/2014** |
| **The web hosting clients of Focus Business Solutions, Inc. were sold on July 19, 2014 to a third party, Brave River Solutions, Inc. for $72,500. After payment of taxes and debts, net to the company was $5,470.13, with holdbacks of $22,500 which were set off due to excess client attrition.** | | | | |
| **Catalyst Consulting LLC** | **None** | **2075 Plainfield Pike Johnston, RI 02919-5704** | **Consulting** | **2013** |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☑   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within the **two years** immediately preceding the commencement of this case.

### 20. Inventories

None ☑   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☑   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

## 24. Tax Consolidation Group

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date: **August 25, 2014**              Signature  ***/s/ Gilbert  Lantini***
                                        of Debtor                                        **Gilbert  Lantini**


Date: **August 25, 2014**              Signature  ***/s/ Michelle L Lantini***
                                        of Joint Debtor                                   **Michelle L Lantini**
                                        (if any)

                            _____**0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                    Case No. __1:14-bk-11757__

__Lantini, Gilbert  II & Lantini, Michelle L__                           Chapter __7__
                          Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)**                (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Bank Of America** | **Describe Property Securing Debt:**<br>**Automobile- 2008 Acura MDX** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **maintain payments**                (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

____**3** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**August 25, 2014**_____          __/s/ Gilbert  Lantini__
                                             Signature of Debtor

                                             __/s/ Michelle L Lantini__
                                             Signature of Joint Debtor

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Chase Auto** | **Describe Property Securing Debt:**<br>**Automobile- 2009 Subaru Forrester** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **maintain payments** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt  ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**City Ntl Bk/ocwen Loan Service** | **Describe Property Securing Debt:**<br>**2075 Plainfield Pike, Johnston, RI 02919** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**City Ntl Bk/ocwen Loan Service** | **Describe Property Securing Debt:**<br>**2075 Plainfield Pike, Johnston, RI 02919** |

Property will be *(check one)*:
☑ Surrendered  ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Green Tree Servicing L** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☐ Surrendered    ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **maintain payments** _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt    ☐ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**INTERNAL REVENUE SERVICE** | **Describe Property Securing Debt:**<br>**2013 State tax refund (estimate based on previous year.)** |

Property will be *(check one)*:
☑ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**INTERNAL REVENUE SERVICE** | **Describe Property Securing Debt:**<br>**2013 Federal tax refund (estimate based on previous year.) - Exp** |

Property will be *(check one)*:
☑ Surrendered    ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt    ☑ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B8 (Official Form 8) (12/08)**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### *(Continuation Sheet)*

**PART A** – Continuation

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**Petro Holdings Inc.** | **Describe Property Securing Debt:**<br>**Residence at:** |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Avoid lien using 11 U.S.C. § 522(f)**                    (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____                    (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____                    (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**3**___ of ___**3**___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Rhode Island**

IN RE:                                                                                    Case No. <u>**1:14-bk-11757**</u>

<u>**Lantini, Gilbert  II & Lantini, Michelle L**</u>                                    Chapter <u>**7**</u>
                              Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**300.00/hr**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**2,900.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.   The source of the compensation paid to me was:   ☑ Debtor   ☐ Other (specify)

3.   The source of compensation to be paid to me is:   ☑ Debtor   ☐ Other (specify)

4.   ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
     e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above disclosed fee does not include the following services:
     **The initial fee paid is not a flat fee, as post-petition services may exceed the initial fee.  If any part of the initial fee is unpaid prior to filing, the unpaid portion shall apply to the post-petition services. Audits and Loss Mitigation is additional.**

<div style="border:1px solid black;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**August 25, 2014**_____            */s/ Russell D. Raskin*
              Date                                              **Russell D. Raskin 1880**
                                                                **Raskin**
                                                                **& Berman**
                                                                **116 East Manning St**

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only