Prepared By: Laura Buxton
Ocwen Loan Servicing, LLC
1661 Worthington Road, Suite 100
West Palm Beach, Florida, 33409

Redacted

BK 02013
Pg. 9
Rec'd: 5/26/2005

## ASSIGNMENT OF MORTGAGE
## RHODE ISLAND

This ASSIGNMENT OF MORTGAGE is made and entered into as of this 14TH day of NOVEMBER, 2005, from MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee for AEGIS FUNDING CORPORATION, whose address is 3300 SW 34 Avenue, Suite 101, Ocala, FL 34474, its successors and assigns, ("Assignor) to U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE REGISTERED HOLDERS OF AEGIS ASSET BACKED SECURITIES TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-5, whose address is c/o Ocwen Loan Servicing, LLC, 1661 Worthington Road, Suite 100, West Palm Beach, Florida, 33409, all its rights, title and interest in and to a certain mortgage duly recorded in the Office of the Public Records of JOHNSTON TOWN, State of RHODE ISLAND, as follows;

Mortgagor: GILBERT LANTINI II
Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR AEGIS FUNDING CORPORATION
Document Date: AUGUST 23, 2005
Amount: $264,000.00
Recording Date: AUGUST 29, 2005
Book/Volume/Docket/Liber: 1609
Page/Folio: 27
Instrument: 55815
Property address: 2075 PLAINFIELD PIKE, JOHNSTON, RI
Property described as follows:
FOR A COMPLETE LEGAL DESCRIPTION SEE ABOVE REFERENCED RECORDED MORTGAGE

Together with any and all notes and obligations therein described or referred to, the debt respectively secured thereby and all sums of money due and to become due thereon, with interest thereon, and attorney's fees and all other charges.

This Assignment is made without recourse, representation or warranty.

IN WITNESS WHEREOF the Assignor has caused these presents to be executed in its name, by its proper officer thereunto duly authorized, the 12TH day of MAY, 2010.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
ACTING SOLELY AS NOMINEE FOR
AEGIS FUNDING CORPORATION

BY: _____
NAME: Scott W. Anderson
TITLE: Vice President

Signed, sealed and delivered in the presence of:

(1) _____
Jonathan Burgess

(2) _____
Laura Buxton

STATE OF FLORIDA      )
                      )ss.
COUNTY OF PALM BEACH  )

The foregoing instrument was acknowledged before me this 12TH day of MAY, 2010, by Scott W. Anderson, Vice President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ACTING SOLELY AS NOMINEE FOR AEGIS FUNDING CORPORATION, on behalf of the corporation. He is personally known to me.

_____
Notary Public State of Florida

MIN: Redacted

MERS Ph.#: (888) 679 – 6377

NOTARY PUBLIC-STATE OF FLORIDA
Elsie Ramirez
Commission # DD914835
Expires: AUG. 09, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

## EXHIBIT "A"

That certain lot or parcel of land, together with all buildings and improvements thereon, located on the northerly side of Plainfield Pike in the Town of Johnston, County of Providence, and State of Rhode Island, which lot or parcel is shown as a survey plat entitled "BOUNDARY SURVEY PLAN OF LAND OF ESTATE OF THARSES BROWN AND OF HAROLD BROWN ASSESSOR'S PLAT 50 LOTS 39 & 47 PLAINFIELD PIKE JOHNSTON, RHODE ISLAND SCALE 1"=40' DATE MARCH 7, 1997 PROJECT NO. 50340" DRAWING NO. LS3060 SHEET 1 OF 1", by Schools Surveys, Inc., and which lot or parcel is more particularly bounded and described as follows:

Beginning at a railroad spike in the northerly line of Plainfield Pike at the southwesterly corner of the herein described parcel and at the southeasterly corner of land now or formerly of Vincent J. DiMeglio and Michael T. DiMeglio, said place of beginning being further described as S43 degrees 30' 51" E a distance of twenty and 65/100 feet (20.65') from a point at the southwesterly corner of land now or formerly of said DiMeglio and the southeasterly corner of land now or formerly of Kenneth H. Taylor and Christine T. Taylor as measured along the northerly line of Plainfield Pike; thence proceeding from said first mentioned point of beginning S43 degrees 30' 51" E along the northerly line of said Plainfield Pike a distance of eighty-two and 65/100 feet (82.65') to a Rhode Island Highway Bound located at Station 719+46.75, R.T. - 20.00', as shown, on State Highway Plat No. 1795.

Thence deflecting to the left and proceeding N46 degrees 29' 04" E along the northerly line of said Plainfield Pike a distance of thirty-five and 05/100 feet (35.05') to a point in bound at the southwesterly corner of land now or formerly of Pasquale and Ann Morris.

Thence turning and proceeding N43 degrees 30' 49" E bounded easterly by land now or formerly of said Morris a distance of one hundred five and 05/100 feet (105.05') to an iron rod.

Thence turning and proceeding N73 degrees 52' 49" W bounded northerly by land now or formerly of said Morris a distance of forty-five and 05/100 feet (45.05') to a point, said point being witnessed by an iron rod lying N73 degrees 52' 49" W a distance of 28.00 feet (28.00') therefrom.

Thence turning and proceeding N10 degrees 30' 16" E bounded easterly by land now or formerly of said Morris a distance of one hundred sixteen and 00/100 feet (116.00') to an iron rod at the southeasterly corner of land now or formerly of Harold Brown, said said point being further described as lying N10 degrees 30' 16" W a distance of nine and 35/100 feet (9.35') from the northwesterly corner of land now or formerly of said Morris.

Thence turning and proceeding N71 degrees 29' 36" W bounded northerly by land now or formerly of Harold Brown a distance of one hundred two and 32/100 feet (102.32') to an iron rod in the easterly line of land now or formerly of said DiMeglio, said line being further described as lying twenty and 00/100 feet (20.00') easterly from the centerline of a stone wall standing in the easterly line of land now or formerly of Kenneth H. Taylor and Christine T. Taylor.

Thence turning and proceeding S12 degrees 37' 37" W bounded westerly by land now or formerly of said DiMeglio a distance of two hundred eighty-six and 44/100 feet (286.44') to an iron rod in the northerly line of Plainfield Pike and the point and place of beginning.

Bearings are referenced to magnetic north of 1997, and the above described lot or parcel contains 32,224 square feet, more or less.

Subject to Right of Way of record 47/715 & 80/494.